UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST SIMPSON,<br>R.18567-037<br>196 Kent Drive<br>Ruther Glenn, VA 22546,<br><br>      Plaintiff,<br><br>      v.<br><br>FEDERAL BUREAU OF PRISONS,<br>320 First St., NW<br>Washington, DC 20534,<br><br>      Defendant. | Civil Action No.: 05-2295 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

                                                  ALAN BURCH, D.C. Bar # 470655
                                                  Assistant United States Attorney
                                                  555 4th St., N.W.
                                                  Washington, D.C. 20530
                                                  (202) 514-7204
                                                  alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served upon counsel for plaintiff by first class mail addressed to:

    ERNEST SIMPSON,
    R.18567-037
    196 Kent Drive
    Ruther Glenn, VA 22546,

on this 15th day of December, 2005.

                                              ALAN BURCH, D.C. Bar # 470655
                                              Assistant United States Attorney
                                              555 4th St., N.W.
                                              Washington, D.C. 20530
                                              (202) 514-7204
                                              alan.burch@usdoj.gov