UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ERNEST SIMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-2295 (CKK) |

**MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendants, the Federal Bureau of Prisons ("BOP"), and several BOP officials respectfully request a brief extension of time in which to file their response to the complaint in this case. The response is currently due today, and defendants request an additional three days resulting in a new deadline of this Friday, February 3, 2006.[1]

Plaintiff alleges that when he was incarcerated in federal prison, BOP failed to keep an accurate record pertaining to him in the form of an inaccurate incident report. Plaintiff has since been released from prison.

The extension is requested because last-minute review of the supporting declarations revealed certain discrepancies that need correction, but agency counsel was not available in time for the necessary consultations and corrections. Unfortunately, the problem was not discovered until today, preventing earlier correction or earlier filing of this request for more time.

It does not appear that Plaintiff will be prejudiced by this motion. Since Plaintiff is a *pro*

---

[1] The individually defendants sued in their personal capacities expressly preserve all defenses available to them, including insufficiency of service of process and immunity from suit.

*se* prisoner, Local Rule 7(m) does not apply.  A proposed order is attached.

January 31, 2006                                    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney


_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served upon *pro se* plaintiff by first class mail addressed to:

    ERNEST SIMPSON,
    R.18567-037
    196 Kent Drive
    Ruther Glenn, VA 22546,

on this 31st day of January, 2006.

    ALAN BURCH, D.C. Bar # 470655
    Assistant United States Attorney
    555 4th St., N.W.
    Washington, D.C. 20530
    (202) 514-7204
    alan.burch@usdoj.gov