UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST SIMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendants. )<br>) | Civil Action No.: 05-2295 (CKK) |

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is granted, and it is

FURTHER ORDERED that Defendants shall file their answer or other response to the complaint on or before February 3, 2006.

So ordered, this _____ day of _____, 2006.

_____
COLLEEN KOLLAR-KOTTELLY
United States District Judge