UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ERNEST SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 05-2295 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**RENEWED MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendants, the Federal Bureau of Prisons ("BOP"), and several BOP officials respectfully renew their request for an extension of time in which to file their response to the complaint in this case.  The current deadline was yesterday, January 31, 2006, and the Court today denied Defendants' first motion, without prejudice, citing a failure to comply with Local Rule 7(m).  Defendants request an additional three days resulting in a new deadline of this Friday, February 3, 2006.[1]

Plaintiff alleges that when he was incarcerated in federal prison, BOP failed to keep an accurate record pertaining to him in the form of an inaccurate incident report.  Plaintiff has since been released from prison. The extension is requested because last-minute review of the supporting declarations revealed certain discrepancies that need correction, but agency counsel was not available in time for the necessary consultations and corrections.  Unfortunately, the problem was not discovered until yesterday, preventing earlier correction or earlier filing of this

---

[1] The individually defendants sued in their personal capacities expressly preserve all defenses available to them, including insufficiency of service of process and immunity from suit.

request for more time.  Agency counsel is still unavailable as of this writing.

Local Rule 7(m) requires *counsel* for parties to confer regarding non-dispositive motions such as this one.  It does not require counsel to contact *pro se* parties, unlike the provisions of Local Rule 16.3(a), which expressly include "nonprisoner *pro se* part[ies]."  Nevertheless, consistent with the general practice of this Office, the undersigned made efforts to contact *pro se* Plaintiff by telephone, but Plaintiff does not list a telephone number in the docket sheet or in his complaint, nor does the telephone company information have a listing for Ernest Simpson in the town of Ruther Glenn, Virginia.

It does not appear that Plaintiff will be prejudiced by the short extension requested by this motion.  A proposed order is attached.

February 1, 2006                         Respectfully submitted,

                                         _____
                                         KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                         United States Attorney


                                         _____
                                         R. CRAIG LAWRENCE, D.C. Bar # 171538
                                         Assistant United States Attorney


                                         _____
                                         ALAN BURCH, D.C. Bar # 470655
                                         Assistant United States Attorney
                                         555 4th St., N.W.
                                         Washington, D.C. 20530
                                         (202) 514-7204
                                         alan.burch@usdoj.gov

**<u>Certificate of Service</u>**

I hereby certify that I caused a copy of the foregoing Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served upon *pro se* plaintiff by first class mail addressed to:

      ERNEST SIMPSON,
      R.18567-037
      196 Kent Drive
      Ruther Glenn, VA 22546,

on this 1st day of February, 2006.

                        _____
                        ALAN BURCH, D.C. Bar # 470655
                        Assistant United States Attorney
                        555 4th St., N.W.
                        Washington, D.C. 20530
                        (202) 514-7204
                        alan.burch@usdoj.gov