UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ernest Simpson            )
                          )
         Plaintiff,       )
     v.                   )   No. 05-2295
                          )
Bureau of Prisons, et al. )
                          )
         Defendants.      )

### DECLARATION OF MARLI J.P. KERRIGAN

I, Marli J.P. Kerrigan, hereby declare and state the following:

1. I am an attorney for the Federal Bureau of Prisons in Washington, D.C. I have been employed as an attorney with the Office of General Counsel since January 2001.

2. As part of my employment, I have access to the electronic data system called "SENTRY" that is used to maintain records regarding inmates, including administrative remedy requests filed with the Bureau of Prisons. The electronic data is maintained in the ordinary course of business for the Bureau of Prisons.

3. Attachment 1 is a true and correct copy of the BOP SENTRY computer records containing Public Information regarding the Plaintiff, Ernest Simpson, Reg. No. 18567-037.

4. On February 2, 2006, I searched the SENTRY computer system in the Central Office of the Bureau of Prisons for all the administrative remedies filed, to date, by Ernest Simpson.

5. Plaintiff filed Administrative Remedy Requests 320229-R1, R2, and R3 between December 19, 2003 and January 20, 2004. The first two appeals (R1 and R2) were rejected for procedural defects. Plaintiff did not appeal Administrative Remedy 320229-R3 to the Central Office.

6. Plaintiff filed Administrative Remedy 329151-R1 on March 25, 2004. The Regional Director informed Plaintiff on April 23, 2004 that the Discipline Hearing Officer had granted him a rehearing. See Attachment 2, April 23, 2004 Northeast Regional

Director Response to Administrative Remedy 329151-R1. On May 10, 2004, Plaintiff filed an Administrative Remedy Appeal 329151-A1 with the Central Office. The Central Office responded that if Plaintiff is dissatisfied with the outcome of the rehearing recently granted by the Discipline Hearing Officer, he may reinstate his appeal with the Regional Director at that time. The Central Office explained further that if Plaintiff is then dissatisfied with the Regional Director's response to the appeal of his rehearing, he may appeal to the Central Office. See Attachment 3, May 19, 2004 Central Office Response to Administrative Remedy 329151-A1. Plaintiff filed no further administrative remedy requests until his release from prison on March 7, 2005.

I declare under the penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 3rd day of February 2006 in Washington, D.C.

Marli J.P. Kerrigan
Assistant General Counsel
Office of General Counsel
Federal Bureau of Prisons

```
BOPOI              *        PUBLIC INFORMATION        *      02 02 2006
PAGE 001           *           INMATE DATA            *      10:27:02
                             AS OF 02 02 2006

REGNO..: 18967-037 NAME: SIMPSON, ERNEST EDWARD

                   RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950    FAX: 570-547-7751
                                            RACE/SEX...: BLACK / MALE
FBI NUMBER.: 674779C                        DOB/AGE....: 07-25-1941 / 64
ACTUAL RELEASE METH.: MAND REL
ACTUAL RELEASE DATE.: 03-07-2005
- - - - - - - - - - - - - - - - - - - - ADMIT/RELEASE HISTORY - - - - - - - - - - - - - - - - - - - -
FCL     ASSIGNMENT DESCRIPTION             START DATE/TIME  STOP  DATE/TIME
ALM     MAND REL   MANDATORY RELEASE       03-07-2005 0900  CURRENT
ALM     A-DES      DESIGNATED, AT ASSIGNED FACI  06-25-2003 1433  03-07-2005 0900
ALM     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 06-25-2003 1233  06-25-2003 1433
ALM     A-DES      DESIGNATED, AT ASSIGNED FACIL 02-27-2002 1446  06-25-2003 1233
ALM     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 02-27-2002 1150  02-27-2002 1446
ALM     A-DES      DESIGNATED, AT ASSIGNED FACIL 01-30-2002 1452  02-27-2002 1150
ALM     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 01-30-2002 1153  01-30-2002 1452
ALM     A-DES      DESIGNATED, AT ASSIGNED FACIL 12-10-2001 1540  01-30-2002 1153
ALM     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-10-2001 0737  12-10-2001 1540
ALM     A-DES      DESIGNATED, AT ASSIGNED FACIL 04-06-2000 1812  12-10-2001 0737
B01     RELEASE    RELEASED FROM IN-TRANSIT FACL 04-06-2000 1812  04-06-2000 1812
B01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-06-2000 1252 04-06-2000 1812
LEW     HLD REMOVE HOLDOVER REMOVED        04-06-2000 1252  04-06-2000 1252
LEW     A-HLD      HOLDOVER, TEMPORARILY HOUSED 04-03-2000 2011  04-06-2000 1252
A01     RELEASE    RELEASED FROM IN-TRANSIT FACL 04-03-2000 2011  04-03-2000 2011
A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-03-2000 0900 04-03-2000 2011
OKL     HLD REMOVE HOLDOVER REMOVED        04-03-2000 0800  04-03-2000 0800
OKL     A-USPC HRG ADMIT-USPC VIOLATION HEARING 02-14-2000 1700  04-03-2000 0800
4-N     RELEASE    RELEASED FROM IN-TRANSIT FACL 02-14-2000 1800  02-14-2000 1800
4-N     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-03-2000 1441 02-14-2000 1800
SCR     ADMIN REL  ADMINISTRATIVE RELEASE  02-03-2000 1341  02-03-2000 1341
SCR     A-ADMIN    ADMINISTRATIVE ADMISSION 02-03-2000 1333 02-03-2000 1341
PET     PAROLE     PAROLE FROM PAR COM OR CT 05-27-1994 0919 02-03-2000 1333
PET     A-DES      DESIGNATED, AT ASSIGNED FACIL 07-29-1993 0841  05-27-1994 0919
4-G     RELEASE    RELEASED FROM IN TRANSIT FACL 07-29-1993 0841  07-29-1993 0841
4-G     A-ADMIT    ADMITTED TO AN IN TRANSIT FACL 07-29-1993 0839 07-29-1993 0841
PET     TRANSFER   TRANSFER                 07-29-1993 0839  07-29-1993 0839
PET     A-DES      DESIGNATED, AT ASSIGNED FACIL 07-22-1993 1225  07-29-1993 0839
S01     RELEASE    RELEASED FROM IN-TRANSIT FACL 07-22-1993 1225  07-22-1993 1225
S01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-22-1993 0545 07-22-1993 1225
MRG     TRANSFER   TRANSFER                 07-22-1993 0545  07-22-1993 0545
MRG     A-DES      DESIGNATED, AT ASSIGNED FACIL 02-24-1993 1013  07-22-1993 0545
MRG     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 02-24-1993 0727  02-24-1993 1013
MRG     A-DES      DESIGNATED, AT ASSIGNED FACIL 09-24-1992 1330  02-24-1993 0727
S05     RELEASE    RELEASED FROM IN-TRANSIT FACL 09-24-1992 1330  09-24-1992 1330
S05     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-24-1992 0700 09-24-1992 1330


G0002      MORE PAGES TO FOLLOW . . .
```

```
BOPOI           *           PUBLIC INFORMATION          *    02-02-2006
PAGE 002        *              INMATE DATA              *    10:27:02
                            AS OF 02-02-2006

REGNO..: 18567-037  NAME: SIMPSON, ERNEST EDWARD

                    RESP OF: ALM / MANDATORY RELEASE
                    PHONE..: 570-547-7950   FAX: 570-547-7751
MIL   TRANSFER    TRANSFER                        09-24-1992 0700 09-24-1992 0700
MIL   A-DES       DESIGNATED, AT ASSIGNED FACIL   02-04-1992 1435 09-24-1992 0700
A02   RELEASE     RELEASED FROM IN-TRANSIT FACL   02-04-1992 1435 02-04-1992 1435
A02   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  02-04-1992 0630 02-04-1992 1435
ERE   HLD REMOVE  HOLDOVER REMOVED                02-04-1992 0530 02-04-1992 0530
ERE   A-HLD       HOLDOVER, TEMPORARILY HOUSED    01-30-1992 1230 02-04-1992 0530
PIT   RELEASE     RELEASED FROM IN-TRANSIT FACL   01-30-1992 1330 01-30-1992 1330
PIT   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  01-11-1992 0458 01-30-1992 1330
O-Q   RELEASE     RELEASED FROM IN-TRANSIT FACL   01-11-1992 0458 01-11-1992 0458
O-Q   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  12-12-1991 1224 01-11-1992 0458
CBR   ADMIN REL   ADMINISTRATIVE RELEASE          12-12-1991 1224 12-12-1991 1224
CBR   A-ADMIN     ADMINISTRATIVE ADMISSION        12-12-1991 1222 12-12-1991 1224
O-Q   RELEASE     RELEASED FROM IN-TRANSIT FACL   12-12-1991 1222 12-12-1991 1222
O-Q   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  12-12-1991 1022 12-12-1991 1222
CBR   ADMIN REL   ADMINISTRATIVE RELEASE          12-12-1991 1022 12-12-1991 1022
CBR   A-ADMIN     ADMINISTRATIVE ADMISSION        12-11-1991 1639 12-12-1991 1022
MIL   PAROLE      PAROLE FROM PAR COM OR CT       08-29-1986 1350 12-11-1991 1639
MIL   A-DES       DESIGNATED, AT ASSIGNED FACIL   02-07-1986 1600 08-29-1986 1350
S01   RELEASE     RELEASED FROM IN-TRANSIT FACL   02-07-1986 1600 02-07-1986 1600
S01   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  02-07-1986 0630 02-07-1986 1600
LEW   HLD REMOVE  HOLDOVER REMOVED                02-07-1986 0630 02-07-1986 0630
LEW   A-HLD       HOLDOVER, TEMPORARILY HOUSED    02-03-1986 1705 02-07-1986 0630
I-T   RELEASE     RELEASED FROM IN-TRANSIT FACL   02-03-1986 1705 02-03-1986 1705
I-T   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  01-24-1986 1027 02-03-1986 1705
CBR   ADMIN REL   ADMINISTRATIVE RELEASE          01-24-1986 1027 01-24-1986 1027
CBR   A-ADMIN     ADMINISTRATIVE ADMISSION        01-24-1986 1024 01-24-1986 1027
CBR   ESCAPE      ESCAPE                          01-21-1986 0845 01-24-1986 1024
CBR   A-DES       DESIGNATED, AT ASSIGNED FACIL   12-17-1985 1840 01-21-1986 0845
I-T   RELEASE     RELEASED FROM IN-TRANSIT FACL   12-17-1985 1840 12-17-1985 1840
I-T   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  12-17-1985 1400 12-17-1985 1840
LVC   FURL TRANS  FURLOUGH W/UNESCORTED TRANSFER  12-17-1985 1300 12-17-1985 1300
LVC   A-DES       DESIGNATED, AT ASSIGNED FACIL   04-30-1985 1908 12-17-1985 1300
I-T   RELEASE     RELEASED FROM IN-TRANSIT FACL   04-30-1985 1908 04-30-1985 1908
I-T   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  04-29-1985 0616 04-30-1985 1908
ALW   TRANSFER    TRANSFER                        04-29-1985 0616 04-29-1985 0616
ALW   A-DES       DESIGNATED, AT ASSIGNED FACIL   12-18-1984 1301 04-29-1985 0616
LEW   HLD REMOVE  HOLDOVER REMOVED                12-18-1984 1243 12-18-1984 1301
LEW   A-HLD       HOLDOVER, TEMPORARILY HOUSED    12-06-1984 1525 12-18-1984 1243




G0002     MORE PAGES TO FOLLOW . . .
```

```
BOPOI              *        PUBLIC INFORMATION          *    02-02-2006
PAGE 003           *           INMATE DATA              *    10:27:02
                            AS OF 03-07-2005

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD

                  RESP OF: ALM / MANDATORY RELEASE
                  PHONE..: 570-547-7950   FAX: 570-547-7751
PRE-RELEASE PREPARATION DATE: 09-07-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 03-07-2005 VIA MAND REL

-------------------------PRIOR JUDGMENT/WARRANT NO: 060 --------------

COURT OF JURISDICTION............: MARYLAND
DOCKET NUMBER....................: M81-397;508;F335-82
JUDGE............................: MILLER
DATE SENTENCED/PROBATION IMPOSED.: 12-22-1981
DATE WARRANT ISSUED..............: 12-08-1998
DATE WARRANT EXECUTED............: 12-15-1999
DATE COMMITTED...................: 04-06-2000
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00

------------------------PRIOR OBLIGATION NO: 010 ---------------------
OFFENSE CODE....: 251
OFF/CHG: 18-2314&2 INTERSTATE TRANSPORTATION OF FORGED SECURITIES;
         AIDING AND ABETTING(CT 4 M81 00397); 18-371 CONSPIRACY (CT 1);
         18-2314&2 INTERSTATE TRANSPORTATION OF FALSELY MADE, FORGED,
         ALTERED,&COUNTERFEITED SECURITIES, A&A (CT 8 M 81 00508); &
         DC CODE CONSPIRACY & FORGERY (DCSC F-335-82 A&F).

SENTENCE PROCEDURE...............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
SENTENCE IMPOSED/TIME TO SERVE.: 3459 DAYS
NEW SENTENCE IMPOSED.............: 3205 DAYS
BASIS FOR CHANGE.................: PAROLE VIOLATOR WARRANT EXEC
DATE OF OFFENSE..................: 08-31-1981




G0002       MORE PAGES TO FOLLOW . . .
```

```
BOPOI              *         PUBLIC INFORMATION              *    02-02-2006
PAGE 004           *              INMATE DATA                *    10:27:02
                              AS OF 03-07-2005

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD

                   RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751
----------------------------PRIOR COMPUTATION NO: 040 ------ ---------------

COMPUTATION 040 WAS LAST UPDATED ON 03-04-2005 AT ALM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 040:   060 010

DATE COMPUTATION BEGAN..........: 12-25-1999
TOTAL TERM IN EFFECT............: 3205 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    8 YEARS      9 MONTHS      8 DAYS
EARLIEST DATE OF OFFENSE........: 08-31-1981

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1052
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 11-05-2005
TWO THIRDS DATE.................: 10-19-2005
180 DAY DATE....................: 03-26-2008
EXPIRATION FULL TERM DATE.......: 09-22-2008

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: WAIVED

ACTUAL SATISFACTION DATE........: 03-07-2005
ACTUAL SATISFACTION METHOD......: MAND REL
ACTUAL SATISFACTION FACILITY....: ALM
ACTUAL SATISFACTION KEYED BY....: CJD

DAYS REMAINING..................: 1295
FINAL PUBLIC LAW DAYS...........: 0




G0002      MORE PAGES TO FOLLOW . . .
```

```
BOPOI              *         PUBLIC INFORMATION          *     02-02-2006
PAGE 005           *           INMATE DATA               *      10:27:02
                           AS OF 05-27-1994

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD

                   RESP OF: ALM / MANDATORY RELEASE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-27-1994 VIA PAROLE

-------------------------- PRIOR JUDGMENT/WARRANT NO: 050 --------------

   COURT OF JURISDICTION............: MARYLAND
   DOCKET NUMBER....................: M81-397;500;F335-82
   JUDGE............................: MILLER
   DATE SENTENCED/PROBATION IMPOSED.: 12-22-1981
   DATE WARRANT ISSUED..............: 02-14-1992
   DATE WARRANT EXECUTED............: 09-16-1993
   DATE COMMITTED...................: 09-16-1993
   HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
   PROBATION IMPOSED................: NO
   SPECIAL PAROLE TERM..............:

   RESTITUTION...: PROPERTY: NO   SERVICES: NO       AMOUNT: $00.00

------------------------- PRIOR OBLIGATION NO: 010 ---------------------
   OFFENSE CODE.....: 028
   OFF/CHG: 18:2314 & 2 T/S OF FORGED SECURITIES AIDING & ABETTING
            22 DCC 1401 CONSPIRACY AND FORGERY

   SENTENCE PROCEDURE...............: 4205(A) REG ADULT ORIG TERM GRTR THAN 1YR
   SENTENCE IMPOSED/TIME TO SERVE.:   14 YEARS
   NEW SENTENCE IMPOSED.............: 3459 DAYS
   BASIS FOR CHANGE.................: PAROLE VIOLATOR WARRANT EXEC
   DATE OF OFFENSE..................: N/A




G0002      MORE PAGES TO FOLLOW . . .
```

```
BOPOI               *           PUBLIC INFORMATION        *      02-02-2006
PAGE 006            *             INMATE DATA             *      10:27:02
                                AS OF 05-27-1994

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD

                    RESP OF: ALM / MANDATORY RELEASE
                    PHONE..: 570-547-7950    FAX: 570-547-7751
------------------------------PRIOR COMPUTATION NO: 030 ------------------------

COMPUTATION 030 WAS LAST UPDATED ON 04-19-2000 AT ALM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:   050 010

DATE COMPUTATION BEGAN..........: 09-16-1993
TOTAL TERM IN EFFECT............: 3459 DAYS
TOTAL TERM IN EFFECT CONVERTED..:      9 YEARS      5 MONTHS      19 DAYS

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1136
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 01-25-2000
TWO THIRDS DATE.................: 01-06-2000
180 DAY DATE....................: 09-07-2002
EXPIRATION FULL TERM DATE.......: 03-06-2003

PAROLE EFFECTIVE................: 05-28-1994
PAROLE EFF VERIFICATION DATE....: 05-26-1994
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 05-27-1994
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: ALM
ACTUAL SATISFACTION KEYED BY....: CJC

DAYS REMAINING..................: 3204
FINAL PUBLIC LAW DAYS...........: 1




G0002        MORE PAGES TO FOLLOW . . .
```

```
BOPOI              *         PUBLIC INFORMATION          *    02-02-2006
PAGE 007           *             INMATE DATA             *    10:27:02
                              AS OF 09-16-1993

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD

                   RESP OF: ALM / MANDATORY RELEASE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 09-16-1993 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 040 ------------------------
COURT OF JURISDICTION............: MARYLAND
DOCKET NUMBER....................: HM-91-0108
JUDGE............................: MURRAY
DATE SENTENCED/PROBATION IMPOSED.: 12-04-1991
DATE COMMITTED...................: 02-04-1992
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS    FINES         COSTS
NON-COMMITTED.:  $100.00         $00.00            $00.00        $00.00

RESTITUTION...:  PROPERTY: NO    SERVICES: NO      AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....: 156
OFF/CHG: 18 USC 1344 & 2   BANK FRAUD; AIDING & ABETTING

   SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:     34 MONTHS
   TERM OF SUPERVISION............:      5 YEARS
   CLASS OF OFFENSE...............: CLASS B FELONY
   DATE OF OFFENSE................: 03-30-1991




G0002       MORE PAGES TO FOLLOW . . .
```

```
BOPOI                *          PUBLIC INFORMATION           *    02-02-2006
PAGE 008             *             INMATE DATA               *    10:27.02
                                AS OF 09-16-1993

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD

                       RESP OF: ALM / MANDATORY RELEASE
                       PHONE..: 570-547-7950    FAX: 570-547-7751
-------------------------PRIOR COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 09-15-1993 AT PET AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   040 010

DATE COMPUTATION BEGAN..........: 12-04-1991
TOTAL TERM IN EFFECT............:    34 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS     10 MONTHS
EARLIEST DATE OF OFFENSE........: 03-30-1991

JAIL CREDIT.....................:     FROM DATE     THRU DATE
                                      03-30-1991    12-03-1991

TOTAL PRIOR CREDIT TIME.........: 249
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 133
TOTAL GCT EARNED................: 133
STATUTORY RELEASE DATE PROJECTED: 09-16-1993
SIX MONTH /10% DATE.............: 06-19-1993
EXPIRATION FULL TERM DATE.......: 01-27-1994


ACTUAL SATISFACTION DATE........: 09-16-1993
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: PET
ACTUAL SATISFACTION KEYED BY....: JMP

DAYS REMAINING..................: 133
FINAL PUBLIC LAW DAYS...........: 0




G0002       MORE PAGES TO FOLLOW . . .
```

```
BOPOI            *         PUBLIC INFORMATION              *    02-02-2006
PAGE 009         *            INMATE DATA                  *    10:27:02
                          AS OF 08-29-1986

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD

                   RESP OF: ALM / MANDATORY RELEASE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 08-29-1986 VIA PAROLE

------------------------------PRIOR JUDGMENT/WARRANT NO: 010 ---------------

COURT OF JURISDICTION...........: MARYLAND
DOCKET NUMBER...................: M81-00397
JUDGE...........................: MILLER
DATE SENTENCED/PROBATION IMPOSED: 12-22-1981
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 03-25-1983
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY: NO    SERVICES: NO        AMOUNT: $00.00

------------------------------PRIOR OBLIGATION NO: 010 ---------------------
OFFENSE CODE....:  251
OFF/CHG: 18-2314 & 2 INTERSTATE TRANSPORTATION OF FORGED SECURITIES; AI
         DING AND ABETTING (COUNT 4).

  SENTENCE PROCEDURE.............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
  SENTENCE IMPOSED/TIME TO SERVE.:     5 YEARS



------------------------------PRIOR JUDGMENT/WARRANT NO: 020 ---------------

COURT OF JURISDICTION...........: MARYLAND
DOCKET NUMBER...................: M-81-00508
JUDGE...........................: MILLER
DATE SENTENCED/PROBATION IMPOSED: 12-22-1981
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 03-25-1983
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:




G0002      MORE PAGES TO FOLLOW . . .
```

```
BOPOI                *         PUBLIC INFORMATION            *    02-02-2006
PAGE 010             *           INMATE DATA                 *    10:27:02
                              AS OF 08-29-1986

RECNO..: 16567-037  NAME: SIMPSON, ERNEST EDWARD

                    RESP OF: ALM / MANDATORY RELEASE
                    PHONE..: 570-547-7950   FAX: 570-547-7751


RESTITUTION...: PROPERTY: NO   SERVICES: NO       AMOUNT: $00.00

-----------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 251
OFF/CHG: 18-371 CONSPIRACY (CT 1) AND 18-2314 & 2 I/S TRANSPORTATION OF
         FALSELY MADE, FORGED, ALTERED & COUNTERFEITED SECS; A & A(CT8

 SENTENCE PROCEDURE.............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
 SENTENCE IMPOSED/TIME TO SERVE.:     6 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONC BY CTS & W/#1




              --------------------PRIOR JUDGMENT/WARRANT NO: 030 -----------------
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F-335-82 A & T
JUDGE............................: MOULTRE
DATE SENTENCED/PROBATION IMPOSED: 06-08-1982
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 03-25-1983
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO       AMOUNT: $00.00







G0002        MORE PAGES TO FOLLOW . . .
```

```
 BOPOI              *        PUBLIC INFORMATION       *    02-02-2006
 PAGE 011           *          INMATE DATA            *    10:27:02
                              AS OF 06-29-1986

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD

                       RESP OF: ALM / MANDATORY RELEASE
                       PHONE..: 570-547-7950    FAX: 570-547-7751
--------------------------------PRIOR OBLIGATION NO: 010 -------------------
OFFENSE CODE....: 613
OFF/CHG: OA) CONSPIRACY AND (T) FORGERY.

   SENTENCE PROCEDURE..............: DC CODE ADULT
   SENTENCE IMPOSED/TIME TO SERVE.:    8 YEARS
   RELATIONSHIP OF THIS OBLIGATION
     TO OTHERS FOR THE OFFENDER....: CC CTS & CONS W/1&2




---------------------------------PRIOR COMPUTATION NO: 010 -------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-19-2000 AT ALM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010, 020 010, 030 010

DATE COMPUTATION BEGAN............: 02-22-1982
AGGREGATED SENTENCE PROCEDURE.....: AGGREGATE GROUP 50
TOTAL TERM IN EFFECT..............:   14 YEARS
TOTAL TERM IN EFFECT CONVERTED....:   14 YEARS

JAIL CREDIT.......................:   FROM DATE     THRU DATE
                                      08-31-1981    08-31-1981
                                      11-23-1981    11-25-1981




G0002        MORE PAGES TO FOLLOW . . .
```

```
BOPOI             *        PUBLIC INFORMATION          *   02-02-2006
PAGE 012 OF 012 *            INMATE DATA               *   10:27:02
                           AS OF 08-29-1986

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD

                   RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751
TOTAL JAIL CREDIT TIME..........: 4
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1680
PAROLE ELIGIBILITY..............: 02-21-1986
STATUTORY RELEASE DATE..........: 07-13-1991
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 08-21-1995
EXPIRATION FULL TERM DATE.......: 02-17-1996

PAROLE EFFECTIVE................: 08-29-1986
PAROLE EFF VERIFICATION DATE....: 08-28-1986
NEXT PAROLE HEARING DATE........: 02-01-1987
TYPE OF HEARING.................: PAROLE PRE-RELEASE REC REV

ACTUAL SATISFACTION DATE........: 08-29-1986
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: ALM
ACTUAL SATISFACTION KEYED BY....: CJC

DAYS REMAINING..................: 3459
FINAL PUBLIC LAW DAYS...........: 0




S0039        ALL CURRENT COMPS ARE SATISFIED
```

SIMPSON, Ernest
Reg. No. 18567-037
Appeal No. 329151-R1
Page One

---

## Part B - Response

You appeal the March 4, 2004, decision of the Discipline Hearing Officer (DHO) at FCI Allenwood, finding you committed the prohibited act of Conduct Which Disrupts (receiving money for a prohibited purpose), Code 299, Incident Report No. 1161850. You contend there is insufficient evidence to support the charge. You also state the sanctions are disproportionate to the offense. You claim you were denied due process and seek to have the incident report expunged.

During the review of this disciplinary action, we determined that the DHO has ordered a rehearing of this disciplinary action. You will be advised of the time and date of the rehearing. Upon written receipt of the DHO's decision and disposition, you may appeal again to this office if you desire. To the extent that you will receive a rehearing, your appeal is partially granted.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: April 23, 2004

D. SCOTT DODRILL
Regional Director

Administrative Remedy No. 329151-A1
Part B - Response

You appeal the March 4, 2004, rehearing decision of the Discipline Hearing Officer (DHO) in which you were found to have committed the prohibited act of Conduct which Disrupts (receiving money for a prohibited purpose) in violation of Code 299 (Incident Report No. 1161850).

On April 23, 2004, the Regional Director advised you that the DHO has ordered a rehearing of this disciplinary action. As previously noted, upon written receipt of the DHO's decision and disposition, you must reinstate any appeal with the Regional Director. Should you be dissatisfied with the Regional Director's response, you may then appeal to this office.

This response is provided for informational purposes only.

_May 19, 2004_
Date

Harrell Watts, Administrator
National Inmate Appeals