UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST SIMPSON, | ) |
| Plaintiff, | ) Civil Action No.: 05-2295 (CKK) |
| v. | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| Defendants. | ) |

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Dismiss, and the entire record herein, it is hereby

ORDERED that the motion is granted, and it is

FURTHER ORDERED that this case is dismissed.

So ordered, this _____ day of _____, 2006.

_____
COLLEEN KOLLAR-KOTTELLY
United States District Judge