UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST SIMPSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-2295 (CKK) |
| ) | |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion to Stay Discovery, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED a stay of all discovery proceedings until further order of the Court.

_____
COLLEEN KOLLAR-KOTTELLY
United States District Judge