PRAECIPE

# United States District Court
# for the District of Columbia

the _20th_ day of _February_ ~~19~~ _2006_

_Ernest Simpson_
vs.

_Federal Bureau of Prisons_ }

Civil / Criminal
Action No. _05-2295_
_(CKK)_

The Clerk of said Court will _Add the following phone_
_number to the record / file. Thank You!_
_(804) 448-8503_

FILED

FEB 22 2006

NANC... ...YER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

_February 20, 2006_
**Date**

_Ernest Simpson_
**Signature**

_ERNEST SIMPSON_
**Print Name**

_196 KENT DRIVE_
**Address**

_RUTHER GLEN, VA 22546_
**City**          **State**          **Zip Code**

_(804) 448-8503_
**Phone Number**

**BAR IDENTIFICATION NO.**

## CERTIFICATE OF SERVICE

_I HEREBY CERTIFY that on this 20th day of February,_
_2006, a copy of the foregoing Notice to file phone number_
_(804) 448-8503 was mailed prepaid to Alan Burch,_
_Assistant United States Attorney, 555 4th St., N.W., Washington,_
_D.C. 20001_

_Ernest Simpson_