UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ERNEST SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 05-2295 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of Defendants' Motion for Reconsideration, and the entire

record herein, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that Plaintiff's claim for damages under the Privacy Act is

DISMISSED, and JUDGMENT is entered for Defendants.

This is a final and appealable order.

So ordered, this _____ day of _____, 2006.

_____
COLLEEN KOLLAR-KOTTELLY
United States District Judge