# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST SIMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 05-2295 (CKK) |
| | ) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion for reconsideration [#18] is GRANTED. It is further

ORDERED that defendant's motion to dismiss [#10] is GRANTED, and it is further

ORDERED that this civil action is DISMISSED WITH PREJUDICE. It is further

ORDERED that the Clerk of Court shall mail a copy of this Order to plaintiff at his address of record.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: March 2, 2007